**Order filed July 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00461-CV
_____

## IN THE INTEREST OF Z.M.R AND Z.D.B., CHILDREN

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-02402J**

---

## ORDER

Appellant's brief and/or its attachments discloses the name of one or more children at issue in this parental-rights termination case in violation of Tex. R. App. P. 9.8(b)(1)(A). The brief also discloses the full name of appellant, from which the identity of the children may be determined. Tex. R. App. P. 9.8(b)(1)(B).

Accordingly, the court orders as follows:

1.  Appellant's brief, filed July 12, 2018, is **STRICKEN**.

2.  To protect the identity of the children at issue in this case, the parents and other family members of the children must be identified only by an alias. Tex. R. App. P. 9.8(b)(1)(B).

3. Appellant shall file a brief that complies with Rule 9.8(b)(1) and this order by **July 23, 2018**.

4. If appellant does not file a brief as required by this order, appellant's counsel may be required to show cause why she should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM